IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| JOSEPH SYLVESTER MCNULTY, III | § | |
| | § | CASE NO. 17-02469-NPO |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF APPEARANCE

COMES NOW, Patrick O. Gray and hereby enters his appearance as counsel for **Commercial Loan Investment IV, LLC ("CLI")**. The undersigned requests that he be served with all future notices and pleadings in this matter.

Respectfully submitted this the 6th day of October, 2017.

/s/ Patrick O. Gray
Patrick O. Gray (104030)
Attorney for Commercial Loan Investment IV, LLC