IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| JOSEPH SYLVESTER MCNULTY, III | § | |
| | § | CASE NO. 17-02469-NPO |
| | § | |
| Debtor. | § | |
| | § | |

## OBJECTION TO DISCHARGE OF DEBTOR

Comes now **Commercial Loan Investment IV, LLC ("CLI")** and brings this objection to discharge of Debtor, as follows:

1. Debtor is a guarantor on various debts owed to CLI. Additionally, CLI has a lien on real property, the debt for which is guaranteed by Debtor. Debtor files this objection to discharge, to the extent that discharge improperly impairs or otherwise prejudices CLI's rights and/or interests, or its ability to pursue any claims it may properly have against Debtor, or otherwise.

2. CLI will endeavor to determine if this objection may be resolved and withdrawn prior to hearing.

WHEREFORE, CLI respectfully requests the Court to consider its Objection to Discharge and resolve the same as the Court deems just and equitable.

Respectfully submitted,

By: /s/ Patrick O. Gray
Patrick O. Gray, MSB #104030
Attorney for CLI
1490 Northbank Parkway
Tuscaloosa, AL 35406
(205) 750-8111
patrick@watsonsewell.com

## CERTIFICATE OF SERVICE

I, PATRICK O. GRAY, do hereby certify that I have this date filed electronically with the Court's CM/ECF System and served a true and correct copy of the above and foregoing pleading via the ECF Notification Service, which provides electronic notice to all parties of record.

This the 10th day of October, 2017.

/s/ Patrick O. Gray
PATRICK O. GRAY
Attorney for CLI

Patrick O. Gray, MSB #104030
1490 Northbank Parkway, Suite 256
Tuscaloosa, AL 35406
(205) 750-8111
patrick@watsonsewell.com